IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA LEWIS<br>    *Plaintiff*,<br><br>v.<br><br>GUARDIAN LOAN COMPANY,<br>WELLS FARGO BANK, N.A.,<br>WELLS FARGO HOME MORTGAGE,<br>INC., INDYMAC BANK FSB, BANK OF<br>AMERICA, N.A., LASALLE NATIONAL<br>BANK AS TRUSTEE FOR WELLS<br>FARGO HOME EQUITY TRUST 2004-1,<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE SUCCESSOR IN<br>INTEREST TO BANA AS TRUSTEE<br>FOR WELLS FARGO HOME EQUITY<br>TRUST MORTGAGE PASS THROUGH<br>CERTIFICATES, SERIES 2004-1,<br>    *Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 3:19-CV-00704-CSH |

## DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A. ("BANA") respectfully requests that the Court dismiss in its entirety the May 14, 2019 Complaint (the "Complaint" or "Compl.," Doc. 1) filed by Plaintiff Cynthia Lewis ("Plaintiff"). A memorandum of law in support of BANA's motion is being concurrently filed herewith.

Dated: June 28, 2019

BY: /s/ Zachary Grendi
Zachary Grendi (ct29680)
Zeichner Ellman & Krause LLP
1 Landmark Square, 4th Floor
Stamford, CT 06901
Tel. (203) 489-1233
Fax. (203) 862-9889
zgrendi@zeklaw.com
*Attorneys for Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 28, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Cynthia Lewis
1020 Old Town Road
Trumbull, CT 06611
*Pro Se Plaintiff*

                              **BY**   /s/ Zachary Grendi
                              **Zachary Grendi (ct29680)**