UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CYNTHIA LEWIS

 -vs-

GUARDIAN LOAN COMPANY, WELLS
FARGO BANK, N.A., WELLS FARGO HOME
MORTGAGE, INC., INDYMAC BANK, FSB
BANK OF AMERICA, NATIONAL
ASSOCIATION, LASALLE NATIONAL BANK,
US BANK NATL ASSN.

3:19cv704(CSH)

J U D G M E N T

This action came on for consideration on plaintiff's complaint filed on May 14, 2019, before the Honorable Charles S. Haight, Jr., Senior United States District Judge. After review of all the filings in this case, the Court entered an Order on August 20, 2019, dismissing the complaint as to all defendants. It is hereby;

**ORDERED**, **ADJUDGED, AND DECREED** that this case is dismissed.

Dated at New Haven, Connecticut, this 6th day of December 2019.

ROBIN D. TABORA, Clerk

By: /s/
Joanne Pesta
Deputy Clerk

EOD  12/6/19